JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE ROA,<br><br>            Plaintiff,<br><br>     vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>            Defendants. | Case No.  8:21-CV-01318-JLS-ADS<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Plaintiff YVONNE ROA ("Plaintiff") accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on May 16, 2022 (Doc. 42).

    Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

**IT IS SO ORDERED.**

DATED:  January 30, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

**JUDGMENT**